IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | Case No. CR417-4 |
| | ) | |
| AKEIRAN LAWSON | ) | |

ORDER

Before the Court is Defendant Akeiran Lawson's Motion to Release Funds. (Document 32). After careful consideration, Defendant's motion is **GRANTED**.

**IT IS HEREBY ORDERED** that the Clerk of the United States District Court for the Southern District of Georgia shall cancel the appearance bond on behalf of Defendant and exonerate the obligor thereon.

The Clerk is hereby **DIRECTED** to return the $1,000.00, with any accrued interest to: Bridgette Lawson, P. O. Box 165, Lumber City, GA 31549.

SO ORDERED, this 27th day of July 2017.

_____
WILLIAM T. MOORE, JR., JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA